## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| | CR 24-621-MWF |
| v.                          Plaintiff(s) | |
| DAVID BRIAN LINDSEY | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mills II, Tillet J..                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(314) 498-1127              (713) 528-3415

*Telephone Number          Fax Number*

tillet@tilletjmills.com

*E-Mail Address*

Law Office of Tillet J. Mills
4101 Greenbriar, Suite 210
Houston, Texas, 77098

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Brian Lindsey

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Brown, Charles C.                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

179365              (626) 354-9322

*Designee's Cal. Bar No.    Telephone Number    Fax Number*

charlesbrown@parzivalgroup.com

*E-Mail Address*

The Parzival Group, APLC
1 S. Fair Oaks Ave. Suite 204
Pasadena, CA 91105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

Hon. Michael W. Fitzgerald, U.S. District Judge

**U.S. District Judge/U.S. Magistrate Judge**