IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| VS. | § | CRIMINAL NO. 2:24-CR-00621-MWF | |
| | § | | |
| DAVID BRIAN LINDSEY | § | | |

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE MICHAEL W. FITZGERALD:**

**COMES NOW, DAVID BRIAN LINDSEY**, Defendant, who brings this Motion to Substitute Counsel, requesting that the Court grant permission for Tillet J Mills II and Robert A. Jones to substitute as Attorneys of Record for Defendant in this cause, and in support thereof would show:

1. Charles C. Brown was retained by Defendant to represent him in this cause.

2. Tillet J Mills and Robert A. Jones have now been retained to represent **DAVID BRIAN LINDSEY** in this case. This Motion is not brought for delay. The Defendant approves this substitution, as evidenced by his signature with permission on this Motion.

3. Tillet J Mills II and Robert A. Jones have been made aware of all appearance dates on the Scheduling Order.

**WHEREFORE, PREMISES CONSIDERED, DAVID BRIAN LINDSEY**, prays that the Court enter an order allowing Charles C. Brown to withdraw from representing Defendant and to substitute Tillet J Mills and Robert A. Jones as Attorneys of Record in

this cause.

Respectfully Submitted,

/s/Tillet J Mills II
**TILLET J MILLS II**
4101 Greenbriar, Suite 210
Houston, TX 77098
Telephone: 281.767.9717
tillet@tilletjmills.com
Federal Bar No. 2800715

/s/Robert A. Jones
**ROBERT A, JONES**
4101 Greenbriar, Suite 210
Houston, TX 77098
Telephone: 713-526-1171
rajoneslaw@aol.com
Federal Bar No. 12692

| APPROVED: | SIGNED WITH PERMISSION: |
|---|---|
| /s/ David Brian Lindsey | /s/ Charles C. Brown |
| **DAVID BRIAN LINDSEY** | **CHARLES C. BROWN** |

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby certify that a true and correct copy of the above and foregoing document was provided via electronic delivery to AUSA Daniel H. Weiner.

/s/Tillet J Mills II
**TILLET J MILLS II**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:24-CR-00621-MWF |
| | § | |
| DAVID BRIAN LINDSEY | § | |

**ORDER**

On the _____ day of _____, 2025, came on to be considered Defendant's Motion to Substitute Counsel of the Defendant, and said Motion is hereby.

_____ GRANTED

_____ DENIED

_____
**HONORABLE MICHAEL W. FITZGERALD**