```
1  TILLET J MILLS II – Bar No. 2800715
   Attorney at Law
2  4101 Greenbriar St., Ste. 210
3  Houston, TX  77098
   Tel:   281.767.9717
4  Email: Tillet@tilletjmills.com
5
   Attorney for Defendant
6  DAVID LINDSEY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | CRIMINAL NO. 2:24-CR-00621-MWF-5 |
| --- | --- | --- |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | **MOTION FOR LEAVE TO ADOPT** |
| DAVID LINDSEY | § | **MOTIONS AND OBJECTIONS OF** |
| *Defendant* | § | **CO-DEFENDANTS** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**COMES NOW, DAVID LINDSEY**, who requests this Court to give him the benefit of any rulings this Court makes on motions and objections offered by Counsel of other Defendants so that the law of this case shall be that the Defendant has preserved and not waived any motions by Counsel for Co-Defendants and objections made by them.

Respectfully submitted,

Dated: October 6, 2025

/s/ TILLET J MILLS II
TILLET J MILLS II
ROBERT A. JONES

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted AUSA Daniel Weiner, Ian Yannielo, and Greg Staples for the foregoing Motion for Leave to Adopt Motions and Objections of Co-Defendants.

/s/ Tillet J. Mills II
**TILLET J. MILLS II**

## CERTIFICATE OF SERVICE

This is to certify that on this day a true and correct copy of the foregoing Motion to Adopt Co-Defendant Motions and Objections of Co-Defendants was served upon AUSA Daniel Weiner, Ian Yannielo, and Greg Staples, the AUSA via electronic mailing.

/s/ Tillet J Mills II
**TILLET J. MILLS II**