IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | CRIMINAL NO. 2:24-CR-00621-MWF-5 |
|---|---|---|
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| DAVID LINDSEY | § | |
| *Defendant* | § | <u>ORDER</u> |

**CAME TO BE CONSIDERED** Defendant's Motion for Leave to Adopt Motions and Objections of Co-Defendants and said Motion is hereby GRANTED.

It is so **ORDERED**.

**SIGNED AND ENTERED** on this the __ day of _____ 2025.

_____
HONORABLE MICHAEL W. FITZGERALD

MOTION TO ADOPT CO-DEFENDANT MOTIONS