TILLET J MILLS II – Bar No. 2800715
Attorney at Law
4101 Greenbriar St., Ste. 210
Houston, TX  77098
Tel:    281.767.9717
Email: Tillet@tilletjmills.com

Attorney for Defendant
DAVID LINDSEY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CRIMINAL NO. 2:24-CR-00621-MWF-5** |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | |
| | § | **DEFENDANT LINDSEY'S JOINDER** |
| **DAVID LINDSEY** | § | **CODEFENDANTS' MOTIONS FILED** |
| *Defendant* | § | **OCTOBER 7, 2025** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant David Lindsey, by and through his Counsel of Record Tillet J Mills II & Robert A. Jones, hereby joins in the following Motions:

1.      Motion to Dismiss Count Four (ECF 226)

2.      Motion to Dismiss Case for Vagueness/Bill of Particulars (ECF 227)

3.      Motion to Dismiss Case and Disqualify Based on Unlawful Designation of United States Attorney (ECF 228)

4.      Motion in Limine to Exclude Government's Proposed FRE 404(b) Evidence (filed under seal; *see* ECF 231)

5.      Motion for Discovery of Early Return of Jencks Act Material (ECF 241)

6.      Motion to Sever (filed under Seal, *See* ECF 242).

1

2

3         Mr. LINDSEY joins in the motion on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him.  Joinder is proper as the issues raised in the motions are equally applicable to Mr. Lindsey and his defense in this matter.

4

5

6

7         Mr. LINDSEY reserves the right to supplement further argument or evidence in support of the motion, either independently or in conjunction with his Co-Defendants, and to be heard at oral argument.

8

9

10                          Respectfully submitted,

11    Dated: October 7, 2025          /s/ TILLET J MILLS II

12                          **TILLET J MILLS II**
**ROBERT A. JONES**

13

14                          **ATTORNEYS FOR DAVID LINDSEY**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this day a true and correct copy of the foregoing Defendant Lindsey's Joinder in Co-Defendants' Motions filed October 7, 2025 was served upon AUSA Daniel Weiner, Ian Yannielo, and Greg Staples , the AUSA via electronic mailing.

/s/ Tillet J Mills II
**TILLET J. MILLS II**