*United States v. Grant et al.*
Case No. 2:24-cr-00621-MWF
Defendants' Joint Motion to Disqualify, Dismiss, Indictment, Vacate Scheduling Order, Reopen Pretrial Hearings, and Hold Evidentiary Hearing, Based on Fifth and Sixth Amendment Violations

# DEFENDANTS' GROUP EXHIBIT 4

# [FILED UNDER SEAL]

Case 2:24-cr-00621-MWF  Document 290-4  Filed 11/13/25  Page 1 of 1  Page ID #:2089