1  BILAL A. ESSAYLI
   First Assistant United States Attorney
2  ALEXANDER SCHWAB
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   IAN V. YANNIELLO (Cal. Bar No. 265481)
4  GREGORY W. STAPLES (Cal. Bar No. 155505)
   DANIEL H. WEINER (Cal. Bar No. 329025)
5  Assistant United States Attorneys
        1400/1500 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3667/3535/0813
        Facsimile: (213) 894-0142
8       E-mail:    ian.yanniello@usdoj.gov
                   greg.staples@usdoj.gov
9                  daniel.weiner@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11

                    UNITED STATES DISTRICT COURT
12
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
13

14 | UNITED STATES OF AMERICA,        | No. CR 24-621(B)-MWF
   |                                  |
15 |           Plaintiff,             | GOVERNMENT'S NOTICE OF LODGING
   |                                  | UNDER SEAL EXHIBITS 1-6 AND
16 |              v.                  | SUPPLEMENTAL MEMORANDUM IN
   |                                  | OPPOSITION TO DEFENDANT DURK
17 | DURK BANKS, et al.,              | BANKS' MOTION TO DISMISS FOR
   |                                  | VAGUENESS OR IN THE ALTERNATIVE
18 |           Defendants.            | FOR A BILL OF PARTICULARS

19

20

21

22      Plaintiff United States of America hereby files this Notice of

23 Lodging Under Seal Exhibits 1-6 and Supplemental Memorandum in

24 Opposition to Defendant Durk Banks' Motion to Dismiss for Vagueness

25 or in the Alternative for a Bill of Particulars (Dkt. 227).

26      This filing is based upon the attached memorandum of points and

27 authorities, the attached Exhibits 1-6 (Under Seal), the files and

28

1  records in this case, and such further evidence and argument as the

2  Court may permit.

3   Dated: November 14, 2025          Respectfully submitted,

4                                     BILAL A. ESSAYLI
                                      First Assistant United States
5                                     Attorney

6                                     ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
7                                     Acting Chief, Criminal Division

8
                                            /s/
9                                     IAN V. YANNIELLO
                                      GREGORY W. STAPLES
10                                    DANIEL H. WEINER
                                      Assistant United States Attorneys
11
                                      Attorneys for Plaintiff
12                                    UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2   To assist the Court in resolving Defendant Banks' Motion to

3 Dismiss for Vagueness or for a Bill of Particulars, the government

4 hereby lodges under seal Exhibits 1-6.  Defendant Banks' Reply in

5 Support of his Motion to Dismiss for Vagueness or for a Bill of

6 Particulars (Dkt. 286) claims that "nowhere does the discovery set

7 forth anything resembling a fixed or coherent theory of the 'time,

8 place, and circumstances' of the 'bounty' allegations or the 'at the

9 direction of' allegations."  (Reply at 7.)  The statement is not

10 true.  For example, the government has produced discovery that

11 explicitly states the time, place, and language used to convey the

12 bounty to at least two different witnesses.  See Ex. 1

13 (at Bates_35015-16); Ex. 2 (at Bates_34923); see also Ex. 3

14 (at Bates_33070); Ex. 4 (at Bates_34950-51).  The discovery produced

15 to defendants also explicitly states multiple examples of defendant

16 Banks directing his co-conspirators to take actions in furtherance of

17 the murder scheme.  See Ex. 5 (at Bates_37195-37200); Ex. 6

18 (at Bates_33244-48).  To the extent defense counsel believes these

19 statements do not "resembl[e] a fixed or coherent theory" of this

20 case, they have the right to present that argument to the petit jury.

21 For the reasons set forth in the government's previously filed

22 opposition, the Court should deny this motion.

23

24

25

26

27

28

3