1  TILLET J MILLS II – Bar No. 2800715
   Attorney at Law
2  4101 Greenbriar St., Ste. 210
3  Houston, TX  77098
   Tel:    281.767.9717
4  Email: Tillet@tilletjmills.com

5  Attorney for Defendant
6  DAVID LINDSEY

7           IN THE UNITED STATES DISTRICT COURT
8       FOR THE CENTRAL DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA          CRIMINAL NO. 2:24-CR-00621-MWF-5
10                 *Plaintiff*

11        VS.

12                                   **DEFENDANT LINDSEY'S JOINDER
   **DAVID LINDSEY**                 IN CO DEFENDANT DURK BANKS'S
13                                   OPPOSITION TO GOVERNMENT'S
14                                   MOTION TO EMPANEL AN
                                     ANONYMOUS JURY**
15                 *Defendant*

16

17  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

18        Defendant David Lindsey, by and through his Counsel of Record Tillet J Mills II

19
20  & Robert A. Jones, hereby joins Defendant Banks' opposition to Government's Motion

21  to Empanel Anonymous Jury (ECF 275).

22        Mr. LINDSEY joins in the motion on the grounds set forth therein and adopts by

23
24  reference the legal arguments and factual assertions as they apply to him.  Joinder is

25  proper as the issues raised in the motions are equally applicable to Mr. Lindsey and his

26  defense in this matter.

27
28        Mr. LINDSEY reserves the right to supplement further argument or evidence in

---

DEFENDANT LINDSEY'S JOINDER IN CO-DEFENDANT DURK BANKS OPPOSITION TO GOVERNMENT'S
MOTION TO EMPANEL AN ANONYMOUS JURY

support of the motion, either independently or in conjunction with his Co-Defendants,

and to be heard at oral argument.

Respectfully submitted,

Dated: November 17, 2025

/s/ TILLET J MILLS II
**TILLET J MILLS II**
**ROBERT A. JONES**

**ATTORNEYS FOR DAVID LINDSEY**