BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
        1400/1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3667/3535/0813
        Facsimile: (213) 894-0142
        E-mail:    ian.yanniello@usdoj.gov
                   greg.staples@usdoj.gov
                   daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

     Plaintiff United States of America hereby applies ex parte for

an order directing that the government's Exhibit Regarding an

Improper Photograph Taken During the November 18, 2025 Hearing and

Published Online in the above-entitled case be kept under seal until

further order of the Court.

This _ex parte_ application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.

Dated: November 19, 2025                    Respectfully submitted,

                                            BILAL A. ESSAYLI
                                            First Assistant United States
                                            Attorney

                                            ALEXANDER B. SCHWAB
                                            Assistant United States Attorney
                                            Acting Chief, Criminal Division

                                            _____/s/_____
                                            IAN V. YANNIELLO
                                            GREGORY W. STAPLES
                                            DANIEL H. WEINER
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

2

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Plaintiff United States of America requests that this Court seal the government's Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. <u>See</u> <u>Nixon v. Warner Communications, Inc.</u>, 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of the exhibit is necessary to protect further dissemination of the improper photograph. The government accordingly requests that the exhibit be maintained under seal until further order of the Court.

Dated: November 19, 2025        Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
IAN V. YANNIELLO
GREGORY W. STAPLES
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF DANIEL H. WEINER

I, Daniel H. Weiner, declare as follows:

1.   I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(B)-MWF.  I make this declaration in support of the government's ex parte application for an order sealing the government's Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online.

2.   The government requests leave to file this exhibit under seal.  The above-described exhibit depicts certain defendants and counsel during the November 18, 2025 hearing in this matter.  Sealing of the exhibit is necessary to avoid further dissemination of the improper photograph.

3.   Accordingly, the government requests that the exhibit be kept under seal until further order of the Court.

4.   Counsel for defendants have advised the government that they have no objection to the government's request to file the exhibit under seal.  As of the time of this filing, the government was unable to obtain a position from counsel for defendant Wilson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 19, 2025, at Los Angeles, California.

_/s/ Daniel H. Weiner_
DANIEL H. WEINER

4