BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
              greg.staples@usdoj.gov
              daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's Exhibit Regarding an Improper Photograph Taken During the November 18, 2025 Hearing and Published Online

///

///

1

1  shall be kept under seal until further order of the Court.

3  DATED: _____

```
                              _____
                              HONORABLE MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE
```

**IN CASE OF DENIAL:**

The Government's Ex Parte Application for Order Sealing Document is **DENIED**.  The underlying document shall be returned to the government, without filing of the document or reflection of the name or nature of the document on the clerk's public docket.

DATED: _____

```
                              _____
                              HONORABLE MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE
```

Prepared by:

/s/ _____
DANIEL H. WEINER
Assistant United States Attorney