# EXHIBIT A

**From:** "Lew, Justin (USMS)" <​██████████​>
**To:** MWF Staff <​██████████​>, MWF Staff <​██████████​>
**Cc:** "PDChambers(████)" <​██████████​>, CAC.JudicialSecurityUnit <​██████████​>, "Weiner, Danny (USACAC)" <​██████████​>
**Subject:** RE: Judge fitzgerald upcoming trial (Dirk BANKS reg #43251-511) ***UPDATE***
**Date:** Thu, 06 Mar 2025 16:47:02 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

Good morning,

Just wanted to give everyone involved of our recent findings. We have identified the caller, and we checked to see if he had any contact with the defendants in the BANKS trial which turned up negative results.

It is in discussion of possibly interviewing the subject in ████ and depending on what happens from there USMS will continue to monitor for any inappropriate communications.

Please feel free to reach out to me at anytime should there be any questions or concerns. Thank you and have a good day.

Respectfully,

Justin Lew
Deputy U.S. Marshal
United States Marshals Service
C/CA- Los Angeles Office
C: ████

---

**From:** Lew, Justin (USMS)
**Sent:** Tuesday, February 25, 2025 11:28 AM
**To:** MWF Staff <​██████████​>; MWF Staff <​██████████​>
**Cc:** PDChambers████ CAC.JudicialSecurityUnit <​██████████​>; Weiner, Danny (USACAC) <​██████████​>
**Subject:** Judge fitzgerald upcoming trial (Dirk BANKS reg #43251-511)

Good morning, MWF Staff,

As discussed, this morning regarding the inappropriate communications that was left on the voicemail for Judge Donahue's chambers regarding Durk BANKS case is attached to this email.

Currently our case number is ██████████). We have opened it as an initial assessment to determine who the caller was and to identify if a violation of 18 USC 1503 occurred.

USMS JSU advises Judge Fitzgerald and Judge Donahue chamber staff to please inform us if any inappropriate communication is received regarding BANK's court proceedings. I will keep both

Confidential - Subject to Protective Order

chambers updated should any significant relevant information is developed.

If there are any questions or concerns, please feel free to contact me anytime. Thank you and have a nice day.

Respectfully,

Justin Lew
Deputy U.S. Marshal
United States Marshals Service
C/CA- Los Angeles Office
C: ▇▇▇▇▇▇

---

**From:** MWF Staff <▇▇▇▇▇▇>
**Sent:** Tuesday, February 25, 2025 9:41 AM
**To:** Lew, Justin (USMS) <▇▇▇▇▇▇>
**Cc:** MWF Staff <▇▇▇▇▇▇>
**Subject:** [EXTERNAL] RE: Judge fitzgerald upcoming trial

Hi Justin:

Please share the voicemails and any other information you have, including your threat case number, with MWF Staff and me. I will make sure Judge Fitzgerald is looped in.

Thank you.

MWF Staff




MWF Staff
MWF Staff
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West First Street, Room 5250
Los Angeles, CA 90012-4565
Office: ▇▇▇▇   Fax: ▇▇▇▇
Email: ▇▇▇▇

---

**From:** MWF Staff <▇▇▇▇▇▇>
**Sent:** Tuesday, February 25, 2025 9:31 AM
**To:** MWF Staff <▇▇▇▇▇▇>
**Subject:** FW: Judge fitzgerald upcoming trial

**From:** Lew, Justin (USMS) <▇▇▇▇▇▇>
**Sent:** Tuesday, February 25, 2025 9:19 AM
**To:** MWF Staff <▇▇▇▇▇▇>
**Subject:** Re: Judge fitzgerald upcoming trial

**CAUTION - EXTERNAL:**

Okay, thank you for the information. When you are available please call me regarding inappropriate communications made to judge donahues work voicemail line over the weekend regarding the durks

bank case.

United States Marshal Service
Los Angeles Office
Justin Lew

---

**From:** MWF Staff <​█​>
**Sent:** Tuesday, February 25, 2025 8:44:37 AM
**To:** Lew, Justin (USMS) <​█​>
**Subject:** [EXTERNAL] RE: Judge fitzgerald upcoming trial

Good morning,

Yes, that trial, Grant, et al., is assigned to Judge Fitzgerald.
Trial is set for 10/14/2025 with a Pretrial Conference set for 8/11/2025.

Thank you,
MWF Staff

 

MWF Staff
MWF Staff
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street, Room 4176
Los Angeles, CA 90012-4565
Office:　　　　Fax:
Email:

---

**From:** Lew, Justin (USMS) <​█​>
**Sent:** Tuesday, February 25, 2025 7:30 AM
**To:** MWF Staff <​█​>
**Subject:** Judge fitzgerald upcoming trial

**CAUTION - EXTERNAL:**

Good morning, ma'am,

do you know if the durk banks murder for hire trial is assigned to judge fitzgerald? If so can you please give me a call when you can. Thank you.

United States Marshal Service
Los Angeles Office
Justin Lew

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.