BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
                  greg.staples@usdoj.gov
                  daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DANIEL H. WEINER |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

Plaintiff United States of America hereby applies ex parte for an order directing that the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental Memorandum in Opposition to Defendant Banks' Motion in Limine to Exclude Rule 404(b) Evidence in the above-entitled case be kept under seal until further order of the Court.

This ex parte application is based upon the attached memorandum of points and authorities and Declaration of Daniel H. Weiner.

Dated: January 2, 2026                Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      First Assistant United States
                                      Attorney

                                      ALEXANDER B. SCHWAB
                                      Assistant United States Attorney
                                      Acting Chief, Criminal Division

                                         /s/
                                      IAN V. YANNIELLO
                                      GREGORY W. STAPLES
                                      DANIEL H. WEINER
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff United States of America requests that this Court seal the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental Memorandum in Opposition to Defendant Banks' Motion in Limine to Exclude Rule 404(b) Evidence.

The Court has inherent supervisory authority to seal documents in appropriate circumstances. See Nixon v. Warner Communications, Inc., 435 U.S. 589, 598 (1978) ("Every court has supervisory power over its own records and files . . . .").

Here, for the reasons described in the attached declaration, sealing of these documents is necessary to protect the identity of unindicted co-conspirators and/or witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information.

The government accordingly requests that the documents be maintained under seal until further order of the Court.

Dated: January 2, 2026         Respectfully submitted,

                               BILAL A. ESSAYLI
                               First Assistant United States
                               Attorney

                               ALEXANDER B. SCHWAB
                               Assistant United States Attorney
                               Acting Chief, Criminal Division

                                  /s/
                               IAN V. YANNIELLO
                               GREGORY W. STAPLES
                               DANIEL H. WEINER
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**DECLARATION OF DANIEL H. WEINER**

I, Daniel H. Weiner, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California and I am one the attorneys assigned to the prosecution of United States v. Durk Banks, et al., No. CR 24-621(B)-MWF. I make this declaration in support of the government's ex parte application for an order sealing the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental Memorandum in Opposition to Defendant Banks' Motion in Limine to Exclude Rule 404(b) Evidence.

2. The government requests leave to file these documents under seal. The above-described documents discuss and/or contain identifying information of unindicted co-conspirators and/or witnesses who participated in the government's investigation, who may testify at trial, and/or whose safety or whose family's safety may be endangered by disclosure of identifying information. Sealing of the documents is therefore desirable because the government believes that public disclosure of such information may endanger the witnesses and/or their family's safety, and could cause others to attempt to intimidate the witnesses and/or their family, or otherwise dissuade the witnesses from cooperating with the government.

3. Accordingly, the government requests that the documents be kept under seal until further order of the Court.

4. On December 31, 2025, the government informed defense counsel that it would be seeking to file these documents under seal and solicited any objection. As of the date of this filing, the government has not received any objection from defense counsel.

1  I declare under penalty of perjury under the laws of the United
2  States of America that the foregoing is true and correct to the best
3  of my knowledge and belief and that this declaration was executed on
4  January 2, 2026, at Los Angeles, California.

                                                          */s/ Daniel H. Weiner*
                                                          DANIEL H. WEINER