BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
GREGORY W. STAPLES (Cal. Bar No. 155505)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/3535/0813
    Facsimile: (213) 894-0142
    E-mail:   ian.yanniello@usdoj.gov
              greg.staples@usdoj.gov
              daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-621(B)-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEATING DOCUMENTS [329] |
| v. | |
| DURK BANKS, et al., | |
| Defendants. | |

    The Court has considered the government's Ex Parte Application for Order Sealing Documents (the "Application"). (Docket No. 329). For good cause shown, the Application is GRANTED.  IT IS HEREBY ORDERED that the government's Exhibits A-B attached to the government's Notice of Lodging Under Seal Exhibits and Supplemental

///

///

///

1

Memorandum in Opposition to Defendant Banks' Motion in Limine to Exclude 404(b) Evidence (Docket No. 327) shall be kept under seal until further order of the Court.

Dated: January 5, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

Prepared by:

/s/_____
DANIEL H. WEINER
Assistant United States Attorney

2