## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES -- GENERAL

Case No.    **CR 24-621(B)-MWF**                                              Dated: February 9, 2026

=================================================================================

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Daniel H. Weiner |
|---|---|---|
| Courtroom Deputy | Court Reporter | Ian V. Yanniello |
| | | Greg Staples |
| | | Asst. U.S. Attorneys |

=================================================================================

| U.S.A. v. Grant, et al. (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 2.  Deandre Dontrell Wilson<br>Present - Custody | 2.  Craig A. Harbaugh<br>Present - Retained |
| 4.  David Brian Lindsey<br>Present - Custody | 4.  Tillet J. Mills, II.<br>Present - Retained |
| 5.  Asa Houston<br>Present - Custody | 5.  Shaffy Moeel<br>Present Retained |
| 6.  Durk Banks<br>Present - Custody | 6.  Christy O'Connor, Marissa Goldberg, Drew Findling<br>Present - Retained |

**PROCEEDINGS:**        MOTIONS HEARING, Cont. (JT: 4-21-26)

Case called and counsel make their appearances.  The hearing is held.

The Court hears invites oral argument from counsel on the motions and takes the matter under submission.  An order will issue.

For reasons stated on the record, trial remains set for April 21, 2026. Counsel shall confer with Ms. Sanchez regarding a new status conference date.

IT IS SO ORDERED.