TILLET J. MILLS II (Bar No. 24098113)
LAW OFFICE OF TILLET J MILLS II PLLC
4101 Greenbriar, Suite 210
Houston, Texas, 77098
Tel:    (314) 498-1127
Email: tillet@tilletjmills.com
Attorney for Defendant
DAVID LINDSEY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

DURK BANKS, *et al,*

*Defendant.*

No. 2:24-cr-621-MWF-4

**DEFENDANT LINDSEY'S JOINDER IN DEFENDANT BANKS' MOTION TO SEVER COUNTS, OR IN THE ALTERNATIVE, TO DISMISS THE THIRD SUPERSEDING INDICTMENT ON SPEEDY TRIAL GROUNDS**

Hearing Date:  July 27, 2026

Hearing Time:  1:30 P.M.

Courtroom:  5A

TO THE HONORABLE COURT:

Defendant David Lindsey, by and through his counsel of record, Tillet J. Mills II hereby joins Defendant Banks' Notice of Motion and Motion to Sever Counts, or in the Alternative, to Dismiss the Third Superseding Indictment on Speedy Trial Grounds (ECF 446).

Mr. Lindsey joins in the motion on the grounds set forth therein and adopts by reference the legal arguments and factual assertions as they apply to him.  Joinder is proper as the issues raised in the motion are equally applicable to Mr. Lindsey and his defense in this matter.

Mr. Lindsey reserves the right to supplement further argument or evidence in support of the motion, either independently or in conjunction with his co-defendants, and to be heard at oral argument.

Respectfully submitted,

Dated: June 30, 2026                    */s/ Tillet J. Mills II*

                                        TILLET J. MILLS II

                                        Attorney for David Lindsey

---

DEFENDANT LINDSEY'S JOINDER IN DEFENDANT BANKS' MOTION TO SEVER OR DISMISS

1