Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**FILED**
CLERK, U.S. DISTRICT COURT

7/31/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KMA _____ DEPUTY

---

Case Number  2:24-621(D)-MWF

Defendant Number  4

U.S.A. v.  David Brian Lindsey

Year of Birth  1991

☑ Indictment          ☐ Information

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense

☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  August 19, 2022

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles          ☐ Ventura

☐ Orange               ☐ Santa Barbara

☐ Riverside            ☐ San Luis Obispo

☐ San Bernardino       ☐ Other _____

Citation of Offense   18 U.S.C. § 1958(a); 18 U.S.C. § 1959(a)(1)

18 U.S.C. § 2261A(2)(A),(B); 18 U.S.C. § 371; 18 U.S.C. § 924(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No          ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☑ Yes

IF YES, provide Name:  Robert A. Jones

Phone Number:  713-526-1171

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*          ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☑ No

This is the  4th  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

06/03/2026

Case Number 2:24-621(C)-MWF

The superseded case:

☑ is still pending before Judge/Magistrate Judge

Hon. Michael W. Fitzgerald

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*          ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*          ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

---

CR-72 (06/23)                          CASE SUMMARY                          Page 1 of 2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Browneyez _____

_____

This defendant is charged in:
  ☑ All counts
  ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?     ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☑ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:
  a. Date and time of arrest on complaint: _____
  b. Posted bond at complaint level on: _____
     in the amount of $ _____
  c. PSA supervision?  ☐ Yes  ☐ No
  d. Is on bail or release from another district:
     _____

Defendant is **in custody**:
  a. Place of incarceration:  ☐ State  ☑ Federal
  b. Name of Institution: _____
  c. If Federal, U.S. Marshals Service Registration Number: 43157-511
  d. ☑ Solely on this charge.  Date and time of arrest:
     10/24/2024
  e. On another conviction:  ☐ Yes  ☐ No
     IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
  f. Awaiting trial on other charges:  ☐ Yes  ☐ No
     IF YES:  ☐ State  ☐ Federal  AND
     Name of Court: _____
     Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date    07/31/2026

Signature of Assistant U.S. Attorney
Daniel H. Weiner
Print Name