TILLET J. MILLS II (Bar No. 24098113)
LAW OFFICE OF TILLET J MILLS II PLLC
4101 Greenbriar, Suite 210
Houston, Texas 77098
Telephone: (281) 767-9717
Email: tillet@tilletjmills.com

**Attorney for Defendant**
**DAVID LINDSEY**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DURK BANKS, et al,

Defendant.

Case No. 2:24-cr-00621-MWF-4

**STIPULATION TO SET BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS AND TO EXTEND THE TIME TO FILE MOTIONS UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 29(c) AND 33**

**Verdict returned: September 11, 2026.**
**Proposed hearing: October 28, 2026, Courtroom 5A, Hon. Michael W. Fitzgerald**

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello, Michael J. Morse, and Daniel H. Weiner, and defendants DAVID LINDSEY, by and through his counsel of record, Tillet J. Mills II, and DEANDRE DONTRELL WILSON, by and through his counsel of record, Craig A. Harbaugh, hereby stipulate as follows:

1. On September 11, 2026, following a trial that began with jury selection on August 20, 2026 and ran thirteen trial days through closing arguments on September 8, 2026, the jury returned its verdicts as to defendants Lindsey, Wilson, and Banks on Counts One through Five as submitted (Counts Two through Six of the Fourth Superseding Indictment, Dkt. 524). Defendants Lindsey and Wilson were found guilty on

Counts Two, Three, and Four of the Fourth Superseding Indictment, and not guilty on Counts Five and Six.

2. Defendants Lindsey and Wilson moved for judgment of acquittal under Federal Rule of Criminal Procedure 29 at the close of the government's case on September 3, 2026; the Court reserved decision under Rule 29(b), and the motions were renewed at the close of all the evidence. Under Rules 29(c)(1) and 33(b)(2), a renewed motion for judgment of acquittal and a motion for a new trial on grounds other than newly discovered evidence must be filed within fourteen days after the verdict - here, by September 25, 2026. Under Rule 45(b)(1)(A), the Court may extend those periods for good cause on a request made before the period expires.

3. On September 9, 2026, the Court advised the parties that the post-trial motions could be heard either on an abbreviated schedule during deliberations or on full written briefing with a hearing in the latter part of October 2026, and directed the parties to confer and submit a proposed schedule by stipulation. The defendants elected full briefing. On September 10, 2026, the Court also addressed the request made on behalf of defendant Wilson under Brady v. Maryland in connection with Exhibit 164, which the Court struck; the Court stated that defendant Wilson had set forth his position, that the government could file a written response and defendant Wilson a written reply, and that the Court would hold a hearing (RT 9/10/26, Vol. XV, 13:22-14:19). The parties have agreed to brief that matter on the same schedule.

4. Good cause exists to extend the time for the post-trial motions and to set the schedule below. The certified transcripts of the trial (August 20 through September 11, 2026) were filed on September 15, 2026 (Dkts. 677-709) and comprise sixteen volumes, the motions raise questions as to each of three counts of conviction and as to the instructions given, and the Court has indicated its availability for a hearing in late October 2026. The extension requested is sought before the fourteen-day period expires.

5. The parties therefore stipulate and request that the Court enter an order setting the following schedule:

(a) Defendants Lindsey's and Wilson's motions under Rules 29(c) and 33 shall be filed on or before September 30, 2026, and the time to file motions under Rules 29(c) and 33 is extended to that date under Rule 45(b)(1)(A); the government's written response to defendant Wilson's Brady request shall also be filed on or before September 30, 2026;

(b) The government's oppositions to the motions under Rules 29(c) and 33 shall be filed on or before October 14, 2026;

(c) Any replies, including defendant Wilson's reply on the Brady request, shall be filed on or before October 21, 2026; and

(d) The motions and the Brady request shall be heard on October 28, 2026, or at such other date and time as the Court may set.

6. Nothing in this stipulation affects the severed counts (Counts One and Seven of the Fourth Superseding Indictment) or any order previously entered as to them.

IT IS SO STIPULATED.

Dated: September 21, 2026

/s/ (by electronic authorization)
IAN V. YANNIELLO
MICHAEL J. MORSE
DANIEL H. WEINER
Assistant United States Attorneys
Attorneys for Plaintiff

Dated: September 21, 2026

/s/ TILLET J MILLS II
TILLET J MILLS II
Attorney for Defendant Lindsey

Dated: September 21, 2026

/s/ (by electronic authorization)
CRAIG A. HARBAUGH
Attorney for Defendant Wilson

ATTESTATION. Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 21, 2026 /s/ TILLET J MILLS II

TILLET J MILLS II