Name and address:
Charles C. Brown, Esq (179365)
1 S. Fair Oaks Ave. Suite 204
Pasadena, CA 91105

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

Plaintiff(s)

v.

DAVID BRIAN LINDSEY

Defendant(s).

CASE NUMBER

CR 24-621-MWF

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schenau, Aart G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Paul Morgan Law Office, PLLC
1523 Yale Street
Houston, Texas, 77098
*Firm/Agency Name & Address*

(713) 294-0457
*Telephone Number*

(281) 715-4415
*Fax Number*

office.rajoneslaw@gmail.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

David Brian Lindsey

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Brown, Charles C.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

The Parzival Group, APLC
1 S. Fair Oaks Ave. Suite 204
Pasadena, CA 91105
*Firm/Agency Name & Address*

179365
*Designee's Cal. Bar No.*

(626) 354-9322
*Telephone Number*

*Fax Number*

charlesbrown@parzivalgroup.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

Hon. Michael W. Fitzgerald, U.S. District Judge
**U.S. District Judge/U.S. Magistrate Judge**