TILLET J. MILLS II (Bar No. 24098113)
LAW OFFICE OF TILLET J MILLS II PLLC
4101 Greenbriar, Suite 210
Houston, Texas 77098
Telephone: (281) 767-9717
Email: tillet@tilletjmills.com

**Attorney for Defendant**
**DAVID LINDSEY**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DURK BANKS, et al,<br>Defendant. | Case No. 2:24-cr-00621-MWF-4<br><br>**SUPPLEMENTAL DECLARATION OF TILLET J. MILLS II IN SUPPORT OF DEFENDANT LINDSEY'S REPLY IN SUPPORT OF HIS RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND MOTION FOR A NEW TRIAL; EXHIBIT D**<br><br>**Hearing: October 28, 2026, at 2:00 p.m., Courtroom 5A, Hon. Michael W. Fitzgerald** |

I, Tillet J. Mills II, declare as follows:

1. I am an attorney admitted to practice before this Court pro hac vice in this action and counsel of record for defendant David Lindsey. I make this declaration in support of Defendant Lindsey's Reply in support of his Renewed Motion for Judgment of Acquittal and Motion for a New Trial (Dkt. 732). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to them.

2. Attached as Exhibit D are true and correct copies of pages of the Reporter's Transcript of Jury Trial in this action, Volumes IV, V, VI, VIII, IX, XII, and XIII (August 25, 26, 27, and 31, 2026, and September 1, 4, and 8, 2026), prepared by Amy Diaz, RPR, CRR, FCRR, Official Court Reporter, as received by counsel through other defense counsel in this action. The transcripts of those volumes are filed at Docket Nos. 683, 685, 687, 692, 694, 700, and 702. Exhibit D contains the transcript pages cited in the Reply

that are not reproduced in Exhibit A to my declaration filed with the Motion (Dkt. 732). For each volume, Exhibit D includes the cover page, the appearances, and each such page, and for Volume XIII the reporter's certificate. An index at the front of Exhibit D identifies the volume, date, docket number, and pages included for each volume. The page numbers printed on the transcript pages are the page numbers cited in the Reply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2026, at Houston, Texas.

/s/ TILLET J MILLS II

TILLET J MILLS II