# EXHIBIT D - INDEX

United States v. Banks, et al., No. 2:24-cr-00621-MWF-4 (C.D. Cal.)

Exhibit D to the Supplemental Declaration of Tillet J. Mills II in support of Defendant Lindsey's Reply in support of his Renewed Motion for Judgment of Acquittal and Motion for a New Trial (Dkt. 732).
Pages of the Reporter's Transcript of Jury Trial cited in the Reply that are not reproduced in Exhibit A to the Motion.
For each volume: the cover page, the appearances, the cited pages, and (where the volume carries one) the reporter's certificate.

| Vol. | Date | Dkt. | Transcript pages | Ex. D pages |
|---|---|---|---|---|
| IV | August 25, 2026 | 683 | 251 | 2-5 |
| V | August 26, 2026 | 685 | 243-245, 317-318 | 6-13 |
| VI | August 27, 2026 | 687 | 89 | 14-17 |
| VIII | August 31, 2026 | 692 | 127-128 | 18-22 |
| IX | September 1, 2026 | 694 | 15, 98, 103, 105 | 23-29 |
| XII | September 4, 2026 | 700 | 12 | 30-33 |
| XIII | September 8, 2026 | 702 | 27-28 | 34-39 |

Total: 16 cited transcript pages across 7 volumes; 39 exhibit pages.

# Ex. D: Volume IV (August 25, 2026)

Reporter's Transcript of Jury Trial, Volume IV
August 25, 2026
Filed as Dkt. 683 (September 15, 2026)
Pages cited in the Reply: 251
Included: cover, appearances, the cited pages.

08:25:59

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. ) 2:24-CR-621-MWF
DEANDRE DONTRELL WILSON, )
DAVID BRIAN LINDSEY, )
DURK BANKS, )
Defendants. )

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME IV

Los Angeles, California

Tuesday August 25, 2026

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

16:20:56 Q. Special Agent Farmby, is it your understanding that this was -- this text thread was seized from a cellphone belonging to OTF Boonie Mo, Antonio Jones?
16:21:09 A. Yes, that is correct.
16:21:10 Q. Do you recognize some of the names on this thread?
16:21:14 A. Yes, I do.
16:21:15 Q. Dedetwin, do you know who that is referencing?
16:21:19 A. Yes. That is referring to Deandre Wilson.
16:21:21 Q. Do you also reference dudedy?
16:21:23 A. Yes. That is Duty Low, OTF Duty Low, also known as David Salisbury.
16:21:29 Q. So this bottom number here ending in 9707, does this thread have an audio message that indicates that Mr. Banks was the user of the 9707 --
16:21:44 A. Yes, it does.
16:21:45 Q. -- number?
16:21:46 MR. YANNIELLO: Okay. If you could scroll to page 2, please. Okay. Scroll to the first text, please.
16:21:57 Q. What did -- so before we get into the content, what was the date of the message?
16:22:01 A. The date of the message was on Christmas 2022 at 7:55 and 32 seconds PM.
16:22:06 Q. Okay. Approximately how long after the murder of Saviay'a Robinson was this text message sent?
16:22:12 A. Approximately four months.

# Ex. D: Volume V (August 26, 2026)

Reporter's Transcript of Jury Trial, Volume V
August 26, 2026
Filed as Dkt. 685 (September 15, 2026)
Pages cited in the Reply: 243-245, 317-318
Included: cover, appearances, the cited pages.

08:18:50

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
) 2:24-CR-621-MWF
DEANDRE DONTRELL WILSON, )
DAVID BRIAN LINDSEY, )
DURK BANKS, )
)
)
Defendants. )
______________________________)

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME V

Los Angeles, California

Wednesday August 26, 2026

_____________________________________

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

Q. You are saying Mr. -- or Cuz provided hot cars?

A. Yes.

Q. And sliders?

A. Yes.

Q. When you were in OTF -- let me ask you this: Did there come a point -- when you had gotten out of prison and you were hanging around individuals who identified as OTF members, did there come a point where someone had a conversation with you about what was really going on in OTF?

A. Yes.

Q. Who?

A. Durk did.

Q. What did he talk to you about?

A. So we was at a studio. We was having a conversation amongst multiple of us, and Durk pulled me to the side and --

Q. Let me stop you for a second.

MR. MORSE: Your Honor, can I lead through this part?

THE COURT: I'm sorry, Counsel, please repeat -- tell me what the question was.

MR. MORSE: The question was: Did there come a time where Mr. Banks had a conversation with him about what was going on in OTF.

THE COURT: Yes, I heard that. Yes, you may lead here, unless I hear an objection, and then I'll rule on the

objection.

MR. MORSE: Thank you.

Q. Okay. Mr. Banks had a conversation with you?

A. Yes.

Q. Did he express dissatisfaction that people weren't sliding for Von?

A. Yes. Yes.

Q. Okay. And did he tell you -- did he tell you that while OTF appeared a certain way, it actually wasn't that way?

A. Yes.

Q. Okay. Did he tell you that people were acting Hollywood within OTF?

A. Yes.

Q. Did you understand that to mean that people weren't sliding?

A. Yeah, and not really --

Q. Okay. You can stop there. Stop there. Thank you.

Okay. So you mentioned being -- did there come a point where you had a discussion with any members of OTF about folks that OTF had beef with?

A. Yes.

Q. Okay. Did you come to the -- did you come to the conclusion that OTF was an organization that had beef with various people?

A. Yes.

15:08:18 Q. Did that come as a surprise to you?
15:08:20 A. As many people, yes.
15:08:24 Q. Is it fair to say when you were in custody, you thought OTF was just music?
15:08:29 A. Yeah, that is all me and Blood talked about.
15:08:34 Q. That's all you and Mr. Banks talked about while you were in custody?
15:08:37 A. Yes.
15:08:37 Q. All right.
15:08:38 THE COURT: Counsel -- I'm sorry, ladies and gentlemen, but I'm going to ask the lawyers to approach. I hope this will save us time later on. Just bear with us just a moment.
15:08:47 (At the bench:)
15:09:00 THE COURT: All right. Mr. Morse, again, I didn't hear any objection from counsel or asking -- no, this is for a limiting instruction. But I see under no theory that that conversation with Mr. Banks could be a co-conspirator statement.
15:09:18 And therefore, do counsel want a limiting instruction that it is limited to Mr. Banks?
15:09:25 MR. MILLS: Yes.
15:09:27 MR. HARBAUGH: Yes.
15:09:27 THE COURT: Okay. Next, I have to say -- I don't know how many times I have to say this to the Government.

16:41:45 unduly prejudicial effect here on Mr. Wilson. Certainly it 16:41:53 doesn't need to be stricken, certainly it's not excludable 16:41:55 under Rule 403, and therefore, the video will stand.

16:42:02 Anything else from the defense before tomorrow 16:42:07 morning? And I'm sure I'll get an e-mail late tonight the 16:42:12 way I did last night, but I'm asking right now. I'm not 16:42:15 preventing you from coming up with something between now and 16:42:19 tomorrow morning.

16:42:20 All right.

16:42:20 MR. FINDLING: No, Your Honor.

16:42:21 THE COURT: All right. Thank you.

16:42:22 Anything from the Government, and then I have 16:42:24 something to say to Mr. Mills.

16:42:27 Anything from the Government?

16:42:29 MR. YANNIELLO: No, Your Honor.

16:42:29 THE COURT: Mr. Mills, I received, as I said, your 16:42:36 exhibit reminder. I gave a curative instruction -- not as 16:42:42 lengthy as what you proposed, but later on, I can do that or 16:42:46 something close to it for 164.

16:42:48 The reason I haven't done it from 201 is to just 16:42:51 raise 201 now without any context and say you can't consider 16:42:56 it, you can only consider it against Mr. Wilson because that 16:42:59 is the effect of saying it's not considered against 16:43:02 Mr. Lindsey or Mr. Banks, it just strikes me as unfair to 16:43:05 Mr. Wilson.

But if 201 comes up here, then again, I will do that. And if it doesn't, then certainly at the end of the case, I'll make it clear to the jury that they understand that Exhibit 201 is not to be used against Mr. Lindsey or Mr. Banks. I just wanted you to know that that is the reason I haven't mentioned 201 yet.

MR. MILLS: That's no problem, Your Honor.

THE COURT: 164 came up again.

So I'll be looking for a natural point where it will be -- the jury will get that information without unduly pointing a finger from me to Mr. Wilson.

The other thing I want to remind the Government of is the point that Mr. Mills made, which is that there are Exhibits 122, 217, 218, and 220 which have not yet been shown to be co-conspirator statements. Looking forward to what the three cooperating witnesses are going to see, it strikes me that it will not be difficult for the Government to do that.

But the Government still has to do it. And maybe I'm wrong. Maybe it can't be done. So remember, before offering those four exhibits, you just have to get my permission and indicate to me why you believe that you have established the foundation that they are co-conspirator statements.

MR. YANNIELLO: Yes, Your Honor.

THE COURT: All right. Then counsel, Special Agent,

# Ex. D: Volume VI (August 27, 2026)

Reporter's Transcript of Jury Trial, Volume VI
August 27, 2026
Filed as Dkt. 687 (September 15, 2026)
Pages cited in the Reply: 89
Included: cover, appearances, the cited pages.

08:50:23

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
) 2:24-CR-621-MWF
DEANDRE DONTRELL WILSON, )
DAVID BRIAN LINDSEY, )
DURK BANKS, )
)
)
Defendants. )
______________________________)

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME VI

Los Angeles, California

Thursday August 27, 2026

_____________________________________

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

from the O-Block, then why would this not be admissible against anyone other than Mr. Banks?

MR. MORSE: Oh, no, I'm not saying that it is, Your Honor.

THE COURT: So you are saying it is appropriate to give a limiting instruction that it's not being offered for Mr. Wilson or Mr. Lindsey?

MR. MORSE: Not for Mr. Wilson, because Mr. Wilson is going to be in the group chat where the "I've got them hunting you" is discussed. And this witness, I believe, would testify that he was a part of that conspiracy to get Richo Lamron. So I think it would be appropriate only with respect to Lindsey for a limiting instruction.

MR. HARBAUGH: Your Honor, I would like to be heard on that.

THE COURT: Yes.

MR. HARBAUGH: And there is no assent to it, that does not make it 404(b), and it shouldn't apply to him. The limiting instruction should extend to Mr. Wilson.

THE COURT: All right. If he was just simply there as the recipient, then -- it's not as if he's going to testify on this and you would impeach him by saying, "Well, didn't you hear this said?"

So I'm going to limit it to just Mr. Banks on this. Unless you can very succinctly tell me why I shouldn't.

# Ex. D: Volume VIII (August 31, 2026)

Reporter's Transcript of Jury Trial, Volume VIII
August 31, 2026
Filed as Dkt. 692 (September 15, 2026)
Pages cited in the Reply: 127-128
Included: cover, appearances, the cited pages.

08:23:11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
) 2:24-CR-621-MWF
DEANDRE DONTRELL WILSON, )
DAVID BRIAN LINDSEY, )
DURK BANKS, )
)
)
Defendants. )
______________________________)

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME VIII

Los Angeles, California

Monday August 31, 2026

___________________________________

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

Q. And do you know where Mr. Lindsey's gun was?
A. No.
Q. Do you know where Jam's gun was?
A. No.
Q. Okay.
MR. WEINER: So can we please pull up Exhibit 33, page 20.
Q. Okay. What are we looking at here? We are at Exhibit 33, page 20.
A. That's inside In-N-Out.
Q. Okay. Approximately, just ballpark, how long after the murder is this?
A. Probably, like, 30, 45 minutes.
Q. Okay. Where are you? Are you in this picture?
A. Yes.
Q. Please circle yourself.
A. (Witness complies.)
Q. Okay. And then, do you recognize anybody else in this picture?
A. Yes.
Q. Who?
A. Jam, DeDe, and Lindsey.
Q. Okay. Where is Jam?
A. (Indicating.)
Q. So near the soda fountain?

A. Yeah.
Q. Where is Mr. Wilson?
A. (Indicating.)
Q. Okay. Holding two drinks?
A. Yeah.
Q. Where is Mr. Lindsey?
A. (Indicating.)
Q. Holding a drink and two bags?
A. Yes.
Q. Okay. Did you order food?
A. Yeah.
Q. Do you remember any discussion -- did you guys have any discussions at or around the In-N-Out?
A. About getting flights back home.
Q. Okay. So was the plan to fly back that day?
A. Yeah.
Q. And did you book your flight home?
A. No.
Q. Okay. Who booked your flight?
A. I believe it was Jason.
Q. Who is Jason?
A. I think it's Durk's manager.
Q. Okay. Why do you believe that Jason booked your flights home?
A. Because he booked the ones coming.

# Ex. D: Volume IX (September 1, 2026)

Reporter's Transcript of Jury Trial, Volume IX
September 1, 2026
Filed as Dkt. 694 (September 15, 2026)
Pages cited in the Reply: 15, 98, 103, 105
Included: cover, appearances, the cited pages.

08:21:01

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANDRE DONTRELL WILSON,<br>DAVID BRIAN LINDSEY,<br>DURK BANKS,<br><br>Defendants. | 2:24-CR-621-MWF |

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME IX

Los Angeles, California

Tuesday September 1, 2026

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

08:52:34 A. Yes.
08:52:35 Q. Did you see it?
08:52:36 A. Yes, I did.
08:52:37 Q. Did it go viral?
08:52:39 A. Yes.
08:52:39 Q. Was that surveillance footage everywhere?
08:52:42 A. Yes.
08:52:42 Q. Did what happened become clear at that point?
08:52:46 A. Yes.
08:52:47 Q. Who was involved?
08:52:49 A. Quando Rondo.
08:52:51 Q. Did you learn who shot King Von?
08:52:54 A. Yes.
08:52:55 Q. Who was it?
08:52:56 A. Lul Tim.
08:52:57 Q. Is that Timothy Leeks?
08:52:59 A. Yes.
08:52:59 Q. Was he initially arrested for that shooting?
08:53:03 A. Yes.
08:53:03 Q. So after learning that Timothy Leeks and Quando were involved, did you talk with Mr. Banks and others about King Von's death?
08:53:14 A. Yes.
08:53:15 Q. What is the first conversation that you recall happening?
08:53:21 A. We was at Von's --

Exhibit 13?

Q. Do you recognize what is depicted in this surveillance screenshot?

A. Yes. There is a white BMW that I'm driving.

Q. Can you circle it?

A. (Witness complies.)

Q. Okay. And that -- okay. And what time was that, August 19, 2022, at approximately 9:30 AM?

A. Yes, 9:34 exactly.

Q. Okay.

MR. YANNIELLO: Please publish page 15.

Q. At some point that morning, did you see Quando and his -- and the people with him at the hotel?

A. Yes.

Q. Did you see him get into a vehicle?

A. Yes. It was a black Escalade.

Q. And other people were with him?

A. Him and his entourage. I couldn't exactly identify, but based upon Instagram posts and stories, it was Lul Tim and his other friends.

Q. Okay. You knew it was his entourage?

A. Yes.

Q. What happened after you saw them exit the hotel?

A. We were sitting there, and Jam was like, "There they go, there they go." And Jam wanted to do it right then and

A. Not exactly who, but it was a discussion amongst all of us right there. In between the Infinity and the BMW.
Q. Were you communicating using your phones?
A. At that time, we were parked directly next to each other.
Q. During those several hours, did you use your phones to communicate with one another?
A. Yes.
Q. To talk about the plan to kill Quando?
A. Yes.
Q. Can you scroll through the next few pages? Stop there. Did you ever see, when you were down there, did you ever see Quando Rondo outside of the location?
A. No.
Q. Scroll. Okay. Do you recognize this vehicle here?
A. Yes.
Q. Which vehicle is it?
A. The white Infinity.
Q. Okay. Fair to say you and the other co-conspirators were driving around to figure out the best way to kill Quando?
A. Yes.
Q. At some point did Quando Rondo leave the dispensary?
A. Yes.
Q. What happened after the Escalade left?
A. They got on the expressway.
Q. Did you follow the car?

Q. Were there any discussions at this time about the murder?

A. Yes. They were debating if they wanted to go in, just run in and do it. But as you can see, we are on a two-lane street. It's very tight. It's -- there's a lot of people inside of there.

Q. You also mentioned the expressway before. Did you follow them onto a freeway before this point?

A. Yes.

Q. Were there discussions about committing the murder on the freeway?

A. Yes.

Q. Explain that for the jury.

A. I gave the idea of we should box them in on the freeway. We know that they are going to ride in the left-hand lane, the fast lane. At that time it was almost traffic time. So you know, it's like 3-ish, so it's kind of light traffic, so they are not going 75, 80 miles per hour. So I felt that it would be easier for us just to box them in on the side and just light the truck up and go from there.

Q. By "light the truck up," you mean shoot the vehicle?

A. Yes.

Q. After the BAPE store, did the Escalade leave?

A. Yes.

Q. Did you follow it to a gas station?

A. Yes.

# Ex. D: Volume XII (September 4, 2026)

Reporter's Transcript of Jury Trial, Volume XII
September 4, 2026
Filed as Dkt. 700 (September 15, 2026)
Pages cited in the Reply: 12
Included: cover, appearances, the cited pages.

09:17:28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANDRE DONTRELL WILSON,<br>DAVID BRIAN LINDSEY,<br>DURK BANKS,<br><br>Defendants. | ) | 2:24-CR-621-MWF |

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME XII

Los Angeles, California

Friday September 4, 2026

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

a subjective awareness, it could have been more precise. What the Government was intending to convey to the Court was that not every alternative means of the statute requires a subjective awareness. And the plain text of the statute makes that clear.

So number one, we are fine with lines 11 through 15. That is an accurate statement of the law.

As to the alternative means, which I'll call the substantial emotional distress prong, that Subsection (B), the statute criminalizes an attempt to cause substantial emotional distress.

THE COURT: So this is getting into the e-mail which you sent to me and the defense as well --

MR. WEINER: Yes.

THE COURT: -- where the Government wants to add the following language: "While the Government must prove that Tyquian Bowman was in fear of death or serious" -- I'm going to add "a/k/a Quando Rondo," because that is going to be the style here -- "was in fear of death or serious bodily injury to satisfy the reasonable fear alternative, the substantial emotional distress alternative does not require proving subjective awareness on the part of the victim."

And I take it you would want to add that at the bottom of page 8, after line 23?

MR. WEINER: Yes, Your Honor, that's correct.

# Ex. D: Volume XIII (September 8, 2026)

Reporter's Transcript of Jury Trial, Volume XIII
September 8, 2026
Filed as Dkt. 702 (September 15, 2026)
Pages cited in the Reply: 27-28
Included: cover, appearances, the cited pages, and the reporter's certificate.

08:17:07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. ) 2:24-CR-621-MWF
DEANDRE DONTRELL WILSON, )
DAVID BRIAN LINDSEY, )
DURK BANKS, )
Defendants. )

REPORTER'S TRANSCRIPT OF JURY TRIAL
VOLUME XIII
Los Angeles, California
Tuesday September 8, 2026

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

Office of the United States Attorney
By: Ian Yanniello
Assistant United States Attorney
Daniel Weiner
Assistant United States Attorney
Michael Morse
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012

For the Defendants:

Defendant Banks:

THE FINDLING LAW FIRM PC
By: Drew Findling, Attorney at Law
Marissa Goldberg, Attorney at Law
3575 Piedmont Road, NE, Tower 15, Suite 1010
Atlanta, Georgia 30305

LAW OFFICE OF CHRISTY O'CONNOR
By: Christy O'Connor, Attorney at Law
360 East 2nd Street, Suite 800
Los Angeles, California 90012

THE STEEL LAW FIRM
By: Brian Steel, Attorney at Law
1800 Peachtree Street NW, Suite 300
Atlanta, Georgia 30305

Defendant Wilson:

HARBAUGH LAW, PC
By: Craig Harbaugh, Attorney at Law
360 E. 2nd Street, Suite 800
Los Angeles, California 90012

Defendant Lindsey:

LAW OFFICE OF TILLET J. MILLS, II PLLC
By: Tillet Mills, Attorney at Law
4101 Greenbriar, Suite 210
Houston, Texas 77098

10:12:39 Defendant Lindsey, shown here, jumped out of the vehicle ready to shoot.

10:12:46 And you heard from two co-conspirators at this trial, who with Defendant Lindsey ambushed that Escalade and unleashed a barrage of gunfire, missing their intended target and killing Saviay'a Robinson.

10:13:03 The co-conspirators didn't care about the other people at that gas station. They unleashed machine gunfire in rush hour on a Friday with people standing around and cars passing by.

10:13:16 Let's watch that video and listen to the 911 call.

10:13:20 (Thereupon, the video was played.)

10:14:42 You saw that Escalade drive off, and you know it came to a stop a few blocks away when first responders tried to save Saviay'a's life.

10:14:59 (Thereupon, the video was played.)

10:15:34 Ladies and gentlemen, you heard that 911 call. You saw the surveillance footage. Those recordings capture the consequences of these Defendants' actions and choices.

10:15:56 And what happens next tells you everything you need to know about their motive, their intent, and their state of mind. There was no panic. There was no regret. Instead, they celebrated. Less than 45 minutes after the murder, and just before getting out of town and flying back to Chicago, they went to In-N-Out, where you saw Defendant Wilson,

Defendant Lindsey laughing and celebrating together.

You also heard testimony from multiple witnesses that when Defendant Banks learned that his co-conspirators had killed someone close to Quando Rondo, he was elated. He was smiling and he was happy.

And you saw just that in text messages Defendant Banks exchanged just after the murder. He received news articles and the "Quando Rondo Challenge," mocking Saviay'a Robinson's death from his close friend Jason Smith.

You saw Exhibit 208, showing OTF Doodie Lo laughing at a message Defendant Banks sent to him mocking Quando screaming, "No."

That exhibit shows that the co-conspirators tried to delete that message because that message isn't there. But they couldn't delete the evidence that Mr. Banks sent it, including this "laughing" reaction.

Why did they celebrate? They celebrated because from their perspective, they got the revenge, they got the get back that they -- that Defendant Banks and OTF members had been pursuing ever since King Von died in November 2020.

And that celebration didn't end there. You saw evidence that Defendant Wilson shared Instagram posts celebrating the murder with fellow OTF members, and you heard OTF Boonie Moe, an OTF member and key co-conspirator who Defendant Banks used to recruit OTF Jam for the murder, on a

I certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

---------------------------

Amy C. Diaz, RPR, CRR September 8, 2026
S/ Amy Diaz

Exhibit Nos. 51-B, 451, 452, 474, and 1300 21