# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>4) DAVID BRIAN LINDSEY,<br>Defendant(s). | CASE NUMBER<br>CR 24-621(B)-MWF-04<br>**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

______________________ ☐Plaintiff ☐Defendant ☐Other ______________

Name of Party

☐ to substitute ______________________ who is

☐ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

______________________

Street Address

______________________ ______________________

City, State, Zip E-Mail Address

______________ ______________ ______________

Telephone Number Fax Number State Bar Number

As attorney of record instead of ______________________

List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of: Robert Alton Jones

List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for Defendant David Brian Lindsey

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **November 10, 2026**

MICHAEL W. FITZGERALD, United States District Judge